# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-57104 |
| | : | |
| John Joseph Louis Johnson, III, | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |
| | : | |
| EOT Advisors, LLC, | : | |
| | : | |
| Plaintiff, | : | Adversary No.: 2:15-ap-02108 |
| | : | |
| v. | : | |
| | : | |
| John Joseph Louis Johnson, III, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff EOT Advisors, LLC ("EOT"), and Defendant-Counterclaim Plaintiff John Joseph Louis Johnson, III ("Debtor") and Counterclaim Defendant Adam Blum ("Blum"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above captioned adversary proceeding with prejudice, pursuant to Fed. R. Bankr. P. 7041(a)(1)(A)(ii), and EOT, Johnson and Blum hereby notify this Court of such dismissal.

*[Signature page follows]*

9637608.1

        WILLS LAW, P.C.

<u>  See Attached                       </u>
Warren C. Wills
Texas State Bar No. 24037716
100 Congress, Suite 2000
Austin, Texas 78701
(512) 469-3780 telephone
(512) 852-4301 facsimile
Email: warren@willslegal.com

*Attorney for Plaintiff EOT Advisors, LLC*


<u>/s/ Daniel A. DeMarco            </u>
Marc J. Kessler (0059236)
Daniel A. DeMarco (0038920)
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, Ohio 43215
(614) 233-5168 telephone
(614) 221-5909 facsimile
Email: mkessler@hahnlaw.com
Email: dademarco@hahnlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff
Debtor John Joseph Louis Johnson, III*


<u>  See Attached                       </u>
Gus Kallergis (0071557)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 E. 6th Street
Cleveland, OH 44114-1607
(216) 622-8610 telephone
(216) 241-0816 facsimile
Email: gkallergis@calfee.com

*Attorneys for Adam Blum*

9637608.1

WILLS LAW, P.C.

Warren C. Wills
Texas State Bar No. 24037716
100 Congress, Suite 2000
Austin, Texas 78701
(512) 469-3780 telephone
(512) 852-4301 facsimile
Email: warren@willslegal.com

*Attorney for Plaintiff EOT Advisors, LLC*

_____

Marc J. Kessler (0059236)
Daniel A. DeMarco (0038920)
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, Ohio 43215
(614) 233-5168 telephone
(614) 221-5909 facsimile
Email: mkessler@hahnlaw.com
Email: dademarco@hahnlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Debtor John Joseph Louis Johnson, III*

_____

Gus Kallergis (0071557)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 E. 6th Street
Cleveland, OH 44114-1607
(216) 622-8610 telephone
(216) 241-0816 facsimile
Email: gkallergis@calfee.com

*Attorneys for Adam Blum*

9637608.1

WILLS LAW, P.C.

---

Warren C. Wills
Texas State Bar No. 24037716
100 Congress, Suite 2000
Austin, Texas 78701
(512) 469-3780 telephone
(512) 852-4301 facsimile
Email: warren@willslegal.com

*Attorney for Plaintiff EOT Advisors, LLC*

---

Marc J. Kessler (0059236)
Daniel A. DeMarco (0038920)
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, Ohio 43215
(614) 233-5168 telephone
(614) 221-5909 facsimile
Email: mkessler@hahnlaw.com
Email: dademarco@hahnlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Debtor John Joseph Louis Johnson, III*

*/s/ Gus Kallergis*

---

Gus Kallergis (0071557)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 E. 6th Street
Cleveland, OH 44114-1607
(216) 622-8610 telephone
(216) 241-0816 facsimile
Email: gkallergis@calfee.com

*Attorneys for Adam Blum*

9637608.1

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Stipulation of Dismissal* was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by ordinary U.S. mail, postage prepaid, on October 16, 2017, addressed to the parties listed below: and in the manner listed below:

## **Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Gus Kallergis    gkallergis@calfee.com, gkallergis@calfee.com
- Marc J Kessler    mkessler@hahnlaw.com, cphilpot@hahnlaw.com;cmbeitel@hahnlaw.com;kjustice@hahnlaw.com;jyeager@hahnlaw.com

## **Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

EOT Advisors, LLC
777 Main Street
Suite 700
Ft. Worth, TX 76102

Warren C. Wills
Texas State Bar No. 24037716
100 Congress, Suite 2000
Austin, Texas 78701

/s/ Daniel A. DeMarco
*One of the Attorneys for Defendant and Counterclaim-Plaintiff Debtor John Joseph Louis Johnson, III*

9637608.1