# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Case No. 14-57104** |
| | : | |
| **John Joseph Johnson, III,** | : | **Chapter 11** |
| | : | |
| Debtor. | : | **Judge John E. Hoffman, Jr.** |
| | : | |
| **John Joseph Johnson, III,** | : | |
| | : | |
| Plaintiff/Counterclaimant, | : | **Adv. Pro. No. 2:15-ap-02108** |
| | : | |
| v. | : | |
| | : | |
| **Adam Blum,** | : | |
| | : | |
| Third-Party Defendant. | : | |

## RELEASE OF CHARGING LIEN

M. Colette Gibbons and Ice Miller LLP hereby release their charging lien for unpaid legal fees, costs and expenses, which was asserted in a Notice of Charging Lien filed July 14, 2016 [Docket No. 33].

    Respectfully submitted,

    */s/ Daniel R. Swetnam*
    Daniel R. Swetnam    (0011022)
    ICE MILLER LLP
    250 West Street, Suite 700
    Columbus, OH 43215
    (614) 462-2225; Fax: (614) 224-3568
    Email: Daniel.Swetnam@icemiller.com

    *Counsel for M. Colette Gibbons and Ice Miller LLP*

CO\5785606.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, a copy of the foregoing *Release of Charging Lien* was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

- Daniel A. DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com; cmbeitel@hahnlaw.com
- Gus Kallergis    gkallergis@calfee.com, gkallergis@calfee.com
- Marc J. Kessler    mkessler@hahnlaw.com, cphilpot@hahnlaw.com; cmbeitel@hahnlaw.com; kjustice@hahnlaw.com; jyeager@hahnlaw.com

In addition, I certify that on March 1, 2018, I served a copy of the foregoing *Release of Charging Lien* upon the following by regular U.S. mail:

EOT Advisors, LLC
777 Main Street
Suite 700
Ft. Worth, TX 76102

*/s/ Daniel R. Swetnam*
*Counsel for M. Colette Gibbons and Ice Miller LLP*